

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2014

No. 04-13-00346-CR

Jassen **BARNES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9420
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is deemed filed as of May 29, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2014.

Keith E. Hottle
Clerk of Court